UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TINA MARIE OLVERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:17-CV-00223-SEB-DML |
| PRESTIGE FINANCIAL SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |
| PRESTIGE FINANCIAL SERVICES, INC., | ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| TINA MARIE OLVERA, | ) ) |
| Counterclaim Defendant. | ) |

**ORDER GRANTING THE PARTIES' JOINT STIPULATION
OF DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

Plaintiff/Counterclaim Defendant Tina Marie Olvera ("Olvera") and Defendant/Counterclaimant Prestige Financial Services, Inc. ("Prestige"), by counsel, having filed a Joint Stipulation of Dismissal of All Claims, With Prejudice, and the Court, being duly advised, now finds that this matter should be dismissed.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above cause of action is HEREBY Dismissed, in its entirety, with prejudice. The Parties shall bear their own costs and attorneys' fees.

So ordered.

Date: 5/30/2018

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

All Electronically Registered Counsel of Record